UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 07 2003

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | |
| vs. | § | C.A. No.: B-03-044 |
| | § | (Claim No.: 98746) |
| LUIS G. FLORES, | § | |
| Defendant. | § | |

### CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order of Conference and Disclosure of Interested Parties, the United States of America ("USA") files the following:

**Plaintiff**:
United States Department of Education
San Francisco Service Center
50 United Nations Plaza, Room 224
San Francisco, CA 94102

**Defendant**:
Luis G. Flores
26471 Iowa Gardens Road
San Benito, Texas 78586

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA #04048500
U.S. Southern District No. 5082
5065 Westheimer Road, Suite 600
Houston, Texas 77056-5606
Tel: (713) 840-1492
Fax: (713) 840-0038
**Attorney for the United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

### CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing will be delivered by the Constable delivering the Original Complaint and Summons, on April 3, 2003, to:

Luis G. Flores
26471 Iowa Gardens Road
San Benito, Texas 78586

_____
M. H. Cersonsky