UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 8 2003

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § |
| --- | --- |
| Plaintiff, | § § § |
| vs. | §  C.A. No.: B-03-044 |
| LUIS G. FLORES, | §  (Claim No. 98746) § § |
| Defendant. | § |

## MOTION FOR ENTRY OF AGREED JUDGMENT

TO THE UNITED STATES DISTRICT JUDGE:

COMES NOW United States of America ("USA"), plaintiff, and moves for entry of the agreed judgment signed by defendant Luis G. Flores.

WHEREFORE, plaintiff ask the court to sign the agreed judgment filed with this motion.

Respectfully Submitted,

By: *[signature]*

M. H. Cersonsky, TBA #04040500, SD#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
Attorney for United States of America

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was sent on April 23, 2003, to:

Luis G. Flores
26471 Iowa Garden Road
San Benito, Texas 78586

*[signature]*

M. H. Cersonsky

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION: B-03-044 (Claim: C-98746) |
| LUIS G. FLORES, | § § § | |
| Defendant. | § | |

## Agreed Judgment

1. On the agreement of the parties, it is adjudged that the USA recover from Luis G. Flores:

   A. Principal of $4221.56;
   B. Prejudgment interest of $1550.39 to December 17, 1998, and daily accrual of $0.93 per diem until the date of judgment;
   C. Attorney's fees of $550.00;

   Post-judgment interest at _____% per annum.

   Flores will make monthly payments of $100.00, beginning May 30, 2003 and continue to make monthly payments in that amount on the same day of each month until paid in full.

2. Monthly payments will be mailed to:   Central Intake Facility
                                          United States Department of Justice
                                          P. O. Box 198558
                                          Atlanta, Georgia  30384.

3. Execution may issue immediately if the defendant defaults on payment.

   Signed: _____, 2003, at Brownsville, Texas.

   _____
   United States District Judge

Approved and Entry Requested:

By: _____   By: _____
M. H. Cersonsky, TBA#04085500, SBA #5082      Luis G. Flores
Jim L. Garcia, TBA#07636700, SBA#8115          26471 Iowa Garden Road
5065 Westheimer, Suite 600                     San Benito, Texas 78586
Houston, Texas 77056
Tel. (713) 840-1492 Fax (713) 840-0038
**Attorneys for the United States of America**

Of Counsel:
Alonso, Cersonsky & Garcia, P.C.